UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**12 CIV. 0906**

_Timothy Boice-Durant_

(In the space above enter the full name(s) of the plaintiff(s).)

**COMPLAINT**

-against-

1. Kenner Police Dept.
2. John Doe Tim Durant at Claiborne Ave Walgreens 8-6-2007 developing assault photos
3. Orleans Parish Sheriff Dept.
4. Thibodaux Police Dept.
5. Russel Braud

Jury Trial: ☒ Yes ☐ No
(check one)

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

RECEIVED FEB -2 2012 PRO SE OFFICE

I. **Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name _Tim Boice-Durant_
Street Address _283 E. Houston #4_
County, City _NY_
State & Zip Code _NY, 10002_
Telephone Number _212-982-3489 wiretapped_

B. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1  Name _Kenner Police Dept_
Street Address _500 Veterans Blvd_

_Rev. 05/2010_

County, City _Kenner,_
State & Zip Code _Louisiana, 70062_
Telephone Number _____

Defendant No. 2   Name _Orleans Parish Sheriff_
Street Address _____
County, City _New Orleans_
State & Zip Code _Louisiana, 70012_
Telephone Number _____

Defendant No. 3   Name _Thibodaux Police Dept._
Street Address _1309 Canal Blvd_
County, City _Thibodaux_
State & Zip Code _Louisiana, 70301_
Telephone Number _____

Defendant No. 4   Name _Russel Braud c/o Judge Chiasson_
Street Address _1309 Canal Blvd_
County, City _Thibodaux_
State & Zip Code _Louisiana, 70301_
Telephone Number _____

II.   **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal Questions        ☐ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _RICO_ _____

_____
_____

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____
Defendant(s) state(s) of citizenship _____

_____

III.  **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? _Kenner, Baton Rouge, Platteville and Prairieville, Louisiana_

B. What date and approximate time did the events giving rise to your claim(s) occur? _Aug 6 2007 and Feb. 18, 2008_

C. Facts: _Kenner Police Dept assisted felon at Claiborne Ave Walgreens 8-6-07 developing pictures sexually assaulting me in Ritz Carlton New Orleans 8-1-07. While felon waited at Walgreens, Kenner PD came to my hotel room 609/619 at Kenner Hilton and beat me in front of head of security and manager. I was removed from hotel for preparing my FTC profile for the federal gov't. Dept allowed the felon to stay in my room destroying hotel video of the events and billed it to my bankcard. On Feb 1, 2008 the CIA cleared me of any use of digital electronics or cellular. Feb 18, 2008, I purchased an envelope at 12008 Perkins Rd, Baton Rouge to send evidence to FBI. Dept sent felon from 8-6-2007 events to pharmacy to pickup scripts billed to my insurance and presented falsified May 2006 passport before going to Platteville post office to remove to FBI mail Feb 18, 2008. Package post marked in fraud to dup FBI Feb 19, 2008 at Prairieville post office._

cont'd —

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _FBI New Orleans is in custody of medical records citing the severe damage after my hotel beating Aug 6, 2008_

_I request $75,000,000.00 in damages unless depts come up with felon's name to be handed to NYPD Commissioner Kelly who has been of great assistance._

Rev. 05/2010

Facts Cont'd

Felon wiretapped my home phone 985-449-1193 and conducted a falsified FBI investigation by dialing into Oprah Winfreys switchboard Feb 20, 2008. Falsified FBI documents wrapped in a brown paper bag was sent to me at my post office box in New Orleans. Director of the FBI is in custody of the falsified documents. Case has been removed from FBI computers. Packaging is in USPS Postal Inspectors Houston, all to be supoened for court. Request in the form of a federal appeal to Chief Counsel of USPS was also removed from headquarter computers. The request was to use meter number on postage stamp for orders of restraint.

The Presidents office is pulling lost and stolen passport forms for passport issued May 2006 for aided and abetted felon.

Electronic recordings to have me arrested have been submitted to the NYPD.

confidential facts

Exibit 1 are my last two passports. issued 1996 and 2007. Dept and felons planned on me being dead/missing with issuance of May 2006 passport in my name.

Exibit 2 is a copy of falsified FBI package, originals with the FBI director. Phone bills indicate 2 hours and 18 minutes in Harpo phone systems.

Exibit 3 - Homeland Security notified of my bank cards handed to felon. Placement of sex charge forms and signatures matching May 14, 2007 signature on my credit card. Passport issued between 4-2006 hospital forms and cc receipts.

Exibit 4  Kenner PD altering FCC submit in federal computers to throw FBI headquarters Refusal to submit internals & NYPD.

**V. Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

*I request $75,000,000.⁰⁰ and release of aided and abetted name to NYPD Commissioner*

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _1_ day of _Feb_, 20_12_.

Signature of Plaintiff _Toni Boxie-Durant_

Mailing Address _283 E. Houston #4_
_NY NY 10002_

Telephone Number ____

Fax Number *(if you have one)* ____

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this ____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: ____

Inmate Number ____

*Rev. 05/2010*