UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**TIMOTHY BOICE-DURANT,**                             **CIVIL ACTION**
    Plaintiff

**VERSUS**                                             **No. 12-603**

**KENNER POLICE DEPARTMENT, et al.,**                  **SECTION "E"**
    Defendants

**ORDER**

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of objections thereto, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that plaintiff's suit be dismissed as frivolous, malicious and for failure to state a claim upon which relief can be granted under 28 U.S.C. § 1915(e)(2)(B)(I) and (ii) as outlined in the Report and Recommendation. **IT IS FURTHER ORDERED** that the pending motions[1] in this case be dismissed as **MOOT**.

**New Orleans, Louisiana, this 12th day of June, 2014.**

                                        *Susie Morgan*
                                      **SUSIE MORGAN**
                            **UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 145; R. Doc. 146; R. Doc. 148.